Deborah Anne HOERNER; Carri Anne
Meldrum; Cenci R. Miner,
Plaintiff–Appellant,

v.

State of WASHINGTON; Marty Knorr,
Communications Director, Washington State Patrol; Monte R. Simpson,
Communications Director, Washington State Patrol; June Simpson, wife;
Defendant–Appellee.

No. 00–35444.
DC# CV–99–05056–JKA Western
District of Washington.

United States Court of Appeals,
Ninth Circuit.

Feb. 7, 2002.

Before REAVLEY *, B. FLETCHER
and TALLMAN, Circuit Judges.

### ORDER

The parties have informed the court that they have settled this case and have moved jointly for dismissal. We GRANT the Motion to Dismiss the Appeal and remand the case to the District Court for entry of a stipulated judgment.